**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jorge A Astudillo Zurita | CHAPTER 13 |
| Debtor(s) | |
| | BKY. NO. 24-13184 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of OceanFirst Bank, National Association and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
23 Sep 2024, 09:25:23, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322