United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                          Case No. 24-13184-amc
Jorge A Astudillo Zurita                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Jan 23, 2025      Form ID: 155      Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jorge A Astudillo Zurita, 4333 Somerset Lane, Upper Chichester, PA 19014-3022 |
| 14924656 | + | Amex, Transworld Systems, Inc., 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 14924663 | + | Citibank, Midland Credit management, PO Box 939069, San Diego, CA 92193-9069 |
| 14924668 | + | Jpmcb, Credit Control, LLC, 3300 Rider Trail S. Suite 500, Earth City, MO 63045-1338 |
| 14924677 | + | Wells Fargo Bank NA, Radius Solutions, 7831 Glenroy Road, Suite 250, Minneapolis, MN 55439-3117 |
| 14938032 | + | Wells Fargo Card Services, PO Box 9210, Des Moines IA 50306-9210 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14940690 | | Email/PDF: bncnotices@becket-lee.com | Jan 24 2025 00:47:50 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14924657 | + | Email/PDF: bncnotices@becket-lee.com | Jan 24 2025 00:48:02 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 14945882 | | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 24 2025 00:42:00 | Bank of America, N.A., PO Box 15102, Wilmington DE 19886-5102 |
| 14924658 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 24 2025 00:41:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14945616 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 24 2025 00:41:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14924660 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 24 2025 00:47:48 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14930238 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 24 2025 01:00:14 | Capital One N.A. by AIS InfoSource LP as agent, PO Box 71083, Charlotte NC 28272-1083 |
| 14929670 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 24 2025 00:48:01 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14924664 | + | Email/Text: mediamanagers@clientservices.com | Jan 24 2025 00:41:00 | Client Services, Inc., 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 14939607 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jan 24 2025 00:42:00 | Discover Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8645 |
| 14924666 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jan 24 2025 00:42:00 | Discover Home Loans, Attn: Bankruptcy, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 14929364 | | Email/Text: mrdiscen@discover.com | Jan 24 2025 00:42:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 14924665 | + | Email/Text: mrdiscen@discover.com | Jan 24 2025 00:42:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14942454 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 24 2025 00:43:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 14938031 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 24 2025 00:47:54 | JPMorgan Chase Bank, N.A., PO Box 15368, Wilmington DE 19850 |
| 14937440 | + | Email/Text: RASEBN@raslg.com | Jan 24 2025 00:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14942742 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 24 2025 00:43:00 | Jefferson Capital Systems LLC, PO Box 772813, Chicago IL 60677-2813 |
| 14924667 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 24 2025 00:43:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 14928198 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2025 00:47:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14924669 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2025 00:47:46 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14941769 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 24 2025 00:43:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14929451 | ^ | MEBN | Jan 24 2025 00:34:06 | OceanFirst Bank, National Association, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14926365 | + | Email/PDF: cbp@omf.com | Jan 24 2025 00:48:07 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 14924670 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 24 2025 00:48:07 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14928196 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 24 2025 00:47:53 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14924671 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 24 2025 00:47:48 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 14924672 | | Email/Text: bankruptcy@td.com | Jan 24 2025 00:43:00 | TD Bank, N.A., Attn: Bankruptcy, 1701 Rt 70 East, Cherry Hill, NJ 08003 |
| 14931485 | ^ | MEBN | Jan 24 2025 00:34:12 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 14924674 | | Email/Text: bankruptcydepartment@tsico.com | Jan 24 2025 00:43:00 | Transworld Systems, Inc., PO Box 15618, Wilmington, DE 19850-5618 |
| 14941696 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 24 2025 00:43:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14942568 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 24 2025 00:43:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 5227, Cincinnati OH 45201 |
| 14924675 | + | Email/PDF: cbp@omf.com | Jan 24 2025 00:47:40 | WebBank/OneMain, Attn: Bankruptcy, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |
| 14924676 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 24 2025 01:00:42 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 14937243 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 24 2025 00:48:01 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14940691 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14924659 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14924661 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14924662 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14924673 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank, N.A., Attn: Bankruptcy, 1701 Rt 70 East, Cherry Hill, NJ 08003 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 25, 2025            Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Jorge A Astudillo Zurita brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor DISCOVER BANK bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor OceanFirst Bank National Association bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

Form 155 (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Jorge A Astudillo Zurita  )  Case No. 24−13184−amc
)
)
Debtor(s).  )  Chapter: 13
)
)

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: January 22, 2025

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court