| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 24-13184-AMC

Jorge A Astudillo-Zurita
4333 Somerset Lane
Upper Chichester  PA   19014

Petition Filed Date: 09/10/2024
341 Hearing Date: 10/25/2024
Confirmation Date: 01/22/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/09/2024 | $760.00 | | 11/08/2024 | $760.00 | | 12/11/2024 | $760.00 | |
| 01/10/2025 | $811.00 | | 02/11/2025 | $811.00 | | 03/11/2025 | $811.00 | |
| 04/09/2025 | $811.00 | | 05/08/2025 | $811.00 | | 06/11/2025 | $811.00 | |
| 07/10/2025 | $811.00 | | | | | | | |

Total Receipts for the Period: $7,957.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $8,976.00

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRAD J SADEK ESQ | Attorney Fees | $2,915.00 | $2,915.00 | $0.00 |
| 1 | ONEMAIN FINANCIAL GROUP LLC »» 001 | Unsecured Creditors | $944.97 | $0.00 | $944.97 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES »» 002 | Unsecured Creditors | $3,051.54 | $26.34 | $3,025.20 |
| 3 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $697.30 | $0.00 | $697.30 |
| 4 | DISCOVER BANK »» 004 | Unsecured Creditors | $23,261.86 | $200.79 | $23,061.07 |
| 5 | CAPITAL ONE BANK (USA) NA »» 005 | Unsecured Creditors | $12,291.23 | $106.10 | $12,185.13 |
| 6 | TD BANK NA »» 006 | Unsecured Creditors | $1,052.74 | $0.00 | $1,052.74 |
| 7 | WELLS FARGO BANK NEVADA NA »» 007 | Unsecured Creditors | $14,104.18 | $121.75 | $13,982.43 |
| 8 | CHASE BANK USA NA »» 008 | Unsecured Creditors | $7,468.81 | $64.47 | $7,404.34 |
| 9 | CAPITAL ONE N.A. »» 09A | Mortgage Arrears | $2,597.56 | $2,597.56 | $0.00 |
| 10 | AMERICAN EXPRESS NATIONAL BANK »» 010 | Unsecured Creditors | $2,747.38 | $23.72 | $2,723.66 |
| 11 | AMERICAN EXPRESS NATIONAL BANK »» 011 | Unsecured Creditors | $2,197.83 | $18.97 | $2,178.86 |
| 12 | US BANK NA »» 012 | Unsecured Creditors | $3,672.50 | $31.70 | $3,640.80 |
| 13 | MIDLAND CREDIT MANAGEMENT INC »» 013 | Unsecured Creditors | $12,139.86 | $104.79 | $12,035.07 |
| 14 | MIDLAND CREDIT MANAGEMENT INC »» 014 | Unsecured Creditors | $3,722.90 | $32.14 | $3,690.76 |

**Chapter 13 Case No. 24-13184-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 15 | MIDLAND CREDIT MANAGEMENT INC<br>»» 015 | Unsecured Creditors | $3,710.81 | $32.04 | $3,678.77 |
| 16 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 016 | Unsecured Creditors | $11,014.14 | $95.07 | $10,919.07 |
| 17 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 017 | Unsecured Creditors | $1,475.23 | $0.00 | $1,475.23 |
| 18 | BANK OF AMERICA NA<br>»» 018 | Unsecured Creditors | $17,742.05 | $153.15 | $17,588.90 |
| 19 | BANK OF AMERICA NA<br>»» 019 | Unsecured Creditors | $3,297.42 | $28.46 | $3,268.96 |
| 20 | CAPITAL ONE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | MIDLAND CREDIT MANAGEMENT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | CLIENT SERVICES INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | JCMCB | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | TD BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | TRANSWORLD SYSTEMS INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | WELLS FARGO BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | RADIUS GLOBAL SOLUTION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | CAPITAL ONE N.A.<br>»» 09B | Mortgage Arrears | $7,878.62 | $0.00 | $7,878.62 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,976.00 | Current Monthly Payment: | $811.00 |
| Paid to Claims: | $6,552.05 | Arrearages: | ($208.00) |
| Paid to Trustee: | $658.61 | Total Plan Base: | $48,507.00 |
| Funds on Hand: | $1,765.34 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.