## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Jorge A Astudillo Zurita | : | Chapter 13 |
| | : | Case No.: 24-13184-AMC |
| Debtor | : | |

### O R D E R

AND NOW, upon consideration of the Motion to Modify Plan after Confirmation, and after notice and an opportunity to be heard, it is hereby:

ORDERED and DECREED that the Chapter 13 Plan may be modified.

BY THE COURT:

Dated: Sept. 4, 2025

HONORABLE ASHELY M CHAN
UNITED STATES BANKRUPTCY JUDGE