**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Jorge A Astudillo Zurita | CASE NO.: 24-13184-amc |
| Debtor(s). | |

**NOTICE OF ENTRY OF APPEARANCE**
**AND DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Newrez LLC as servicer for JPMorgan Chase Bank,

National Association ("Movant"), secured creditor to the above entitled Debtors by and through

its undersigned counsel, hereby enters its appearance pursuant to Bankruptcy Rule 9010(b); and

such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3007 and 9007 and Section

342 of the Bankruptcy Code, that copies of all notices and pleadings given of filed in the above-

captioned case be given and served upon the undersigned at the following addresses and

telephone/facsimile numbers:

Aleksandra Fugate
Hill Wallack LLP
261 Madison Avenue, 9th Floor
New York, NY 10016
Phone: 929-295-7874
Email: afugate@hillwallack.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor

any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive

Newrez LLC as servicer for JPMorgan Chase Bank, National Association (i) right to have final

orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial

by jury in any proceeding so triable herein or in any case, controversy or proceeding related

hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or

discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments

to which Newrez LLC as servicer for JPMorgan Chase Bank, National Association is or may be

entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses,

setoffs, and recoupments are expressly reserved.

Dated: February 27, 2026                              Hill Wallack LLP


s/ Aleksandra Fugate
Aleksandra Fugate
Hill Wallack LLP
261 Madison Avenue, 9th Floor
New York, NY 10016
Phone: 929-295-7874
Email: afugate@hillwallack.com
Authorized agent for Newrez LLC as
servicer for JPMorgan Chase Bank, National
Association

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)**

|  |  |
|---|---|
| IN RE: | CHAPTER 13 |
| Jorge A Astudillo Zurita | CASE NO.: 24-13184-amc |
| Debtor(s). | |

**CERTIFICATE OF SERVICE**

       I hereby certify that service was made upon all interested parties, indicated below of (i) Notice of Appearance for Newrez LLC as servicer for JPMorgan Chase Bank, National Association in the manner indicated below on February 27, 2026:

Jorge A Astudillo Zurita
4333 Somerset Lane
Upper Chichester, PA 19014
**DEBTOR - VIA REGULAR MAIL**

Trustee
SCOTT F. WATERMAN [Chapter 13]
Chapter 13 Trustee
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606
(610) 779-1313
**TRUSTEE - VIA ECF**

Debtor Attorney
BRAD J. SADEK
Sadek Law Offices, LLC
1500 JFK Boulevard, Ste 220
Philadelphia, PA 19102
215-545-0008
Fax : 215-545-0611
Email: brad@sadeklaw.com
**COUNSEL FOR DEBTOR -VIA ECF**

U.S. Trustee
United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
(215)597-4411
**UNITED STATES TRUSTEE - VIA ECF**

/s/ Aleksandra Fugate
Aleksandra Fugate
Hill Wallack LLP
261 Madison Avenue, 9th Floor
New York, NY 10016
Phone: 929-295-7874
Email: afugate@hillwallack.com
Authorized agent for Newrez LLC as servicer for
JPMorgan Chase Bank, National Association