Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Jorge A Astudillo-Zurita
4333 Somerset Lane
Upper Chichester, PA 19014

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-13184-AMC**

Petition Filed Date: 09/10/2024
341 Hearing Date: 10/25/2024
Confirmation Date: 01/22/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/12/2025 | $1,019.00 | | 09/11/2025 | $1,019.00 | | 10/07/2025 | $1,019.00 | |
| 11/13/2025 | $1,019.00 | | 12/10/2025 | $1,019.00 | | 01/09/2026 | $1,019.00 | |
| 02/11/2026 | $1,019.00 | | 03/10/2026 | $1,019.00 | | 04/10/2026 | $1,019.00 | |
| 05/12/2026 | $1,019.00 | | 06/10/2026 | $1,019.00 | | 07/10/2026 | $1,019.00 | |

**Total Receipts for the Period: $12,228.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $21,204.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRAD J SADEK ESQ | Attorney Fees | $2,915.00 | $2,915.00 | $0.00 |
| 1 | ONEMAIN FINANCIAL GROUP LLC<br>»» 001 | Unsecured Creditors | $944.97 | $21.64 | $923.33 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 002 | Unsecured Creditors | $3,051.54 | $115.98 | $2,935.56 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $697.30 | $15.97 | $681.33 |
| 4 | DISCOVER BANK<br>»» 004 | Unsecured Creditors | $23,261.86 | $884.06 | $22,377.80 |
| 5 | CAPITAL ONE BANK (USA) NA<br>»» 005 | Unsecured Creditors | $12,291.23 | $467.14 | $11,824.09 |
| 6 | TD BANK NA<br>»» 006 | Unsecured Creditors | $1,052.74 | $32.07 | $1,020.67 |
| 7 | WELLS FARGO BANK NEVADA NA<br>»» 007 | Unsecured Creditors | $14,104.18 | $536.02 | $13,568.16 |
| 8 | JP MORGAN CHASE BANK NA<br>»» 008 | Unsecured Creditors | $7,468.81 | $283.85 | $7,184.96 |
| 9 | NEWREZ LLC D/B/A<br>»» 09A | Mortgage Arrears | $2,597.56 | $2,597.56 | $0.00 |
| 10 | AMERICAN EXPRESS NATIONAL BANK<br>»» 010 | Unsecured Creditors | $2,747.38 | $104.42 | $2,642.96 |
| 11 | AMERICAN EXPRESS NATIONAL BANK<br>»» 011 | Unsecured Creditors | $2,197.83 | $83.52 | $2,114.31 |
| 12 | US BANK NA<br>»» 012 | Unsecured Creditors | $3,672.50 | $139.56 | $3,532.94 |

**Chapter 13 Case No. 24-13184-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 13 | MIDLAND CREDIT MANAGEMENT INC<br>»» 013 | Unsecured Creditors | $12,139.86 | $461.36 | $11,678.50 |
| 14 | MIDLAND CREDIT MANAGEMENT INC<br>»» 014 | Unsecured Creditors | $3,722.90 | $141.48 | $3,581.42 |
| 15 | MIDLAND CREDIT MANAGEMENT INC<br>»» 015 | Unsecured Creditors | $3,710.81 | $141.03 | $3,569.78 |
| 16 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 016 | Unsecured Creditors | $11,014.14 | $418.60 | $10,595.54 |
| 17 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 017 | Unsecured Creditors | $1,475.23 | $44.93 | $1,430.30 |
| 18 | BANK OF AMERICA NA<br>»» 018 | Unsecured Creditors | $17,742.05 | $674.28 | $17,067.77 |
| 19 | BANK OF AMERICA NA<br>»» 019 | Unsecured Creditors | $3,297.42 | $125.31 | $3,172.11 |
| 20 | CAPITAL ONE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | MIDLAND CREDIT MANAGEMENT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | CLIENT SERVICES INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | JCMCB | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | TD BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | TRANSWORLD SYSTEMS INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | WELLS FARGO BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | RADIUS GLOBAL SOLUTION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | NEWREZ LLC D/B/A<br>»» 09B | Mortgage Arrears | $7,878.62 | $7,878.62 | $0.00 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,204.00 | Current Monthly Payment: | $1,019.00 |
| Paid to Claims: | $19,582.40 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,577.71 | Total Plan Base: | $58,907.00 |
| Funds on Hand: | $43.89 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.